UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Shawna Dallaire,<br><br>    Defendant. | Case No.: MJ 24-7039<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District/Calif for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on allegations of the violation report, ongoing

1  substance abuse, recent foreign travel, no known
2  bail resources and unverified background infor-
3  mation
4        and/or
5  B.   (✓)  The defendant has not met his/her burden of establishing by
6        clear and convincing evidence that he/she is not likely to pose
7        a danger to the safety of any other person or the community if
8        released under 18 U.S.C. § 3142(b) or (c). This finding is based
9        on: lengthy criminal history including prior probation
10       violations, ongoing substance abuse

14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated:  11/22/24                    /s/ Jean Rosenbluth
                                         JEAN ROSENBLUTH
18                                       U.S. MAGISTRATE JUDGE